IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Keith Russell Judd, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 1:11-cv-053 |
| Secretary of State of North Dakota, | ) | |
| State of North Dakota, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is Magistrate Judge Charles S. Miller, Jr.'s Report and Recommendation filed on August 13, 2012. See Docket No. 20. In the Report and Recommendation, Judge Miller recommends that the Court deny Plaintiff Keith Russel Judd's motion, which is captioned as follows:

> Motion for Relief from Judgment or Order Under Twenty Fourth Amendment; and Motion to Amend for Court Order to Register All Convicted and Incarcerated Felons to Vote in All Federal Elections and Caucuses and Democratic National Convention; and for Order to Remove Barack Obama from State's 2012 Presidential Primary Election Ballot/Caucus and Award All Delegates to Keith Judd, Democratic Presidential Candidate.

See Docket Nos. 19 and 20. Judd filed an objection to the Report and Recommendation on August 30, 2012. See Docket No. 21. The Court has carefully reviewed Judd's motion, the Report and Recommendation, Judd's objection, the relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 20) in its entirety and **DENIES** Judd's motion (Docket No. 19).

**IT IS SO ORDERED.**

Dated this 4th day of September, 2012.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court